Jennifer R. Barnes
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
JORGE CONTRERAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Lonny R. Suko

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>  v.<br><br>JORGE CONTRERAS,<br><br>                 Defendant. | No. 1:17-CR-2048-LRS-1<br><br>**Motion to Expedite Hearing**<br><br>**Without Oral Argument**<br>**November 29, 2017, 6:30 p.m.** |

Jorge Contreras hereby moves this court to consider on an expedited basis his separately filed Motion to Continue Pretrial, Trial and Extend Related Deadlines. Given the fact that the parties are requesting an extension of imminent deadlines and the government has no objections to defendant's motion for continuance, Mr. Contreras respectfully requests that the Court bypass the standard hearing times set forth in Local Rule 7.1(h)(2)(a).

//

Motion to Expedite: 1

Dated: November 22, 2017.

By <u>s/ Jennifer Barnes</u>
Jennifer Barnes, 23664
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jennifer_Barnes@fd.org

## Certificate of Service

I hereby certify that on November 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

<u>s/ Jennifer Barnes</u>
Jennifer Barnes

Motion to Expedite: 2