FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE CONTRERAS,<br><br>Defendant. | 1:17-CR-2048-LRS<br><br>Order Granting Motion for Protective Order |

THIS MATTER coming before the Court upon a motion by the United States for a Protective Order regarding Indictment 1:17-CR-2048-LRS and the above referenced Defendant, the Court having considered the Motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion for Protective Order is GRANTED.

1. The United States will provide discovery materials (including Protective Discovery) on an on-going basis to defense counsel;

Order Granting Motion for Protective Order - 1
Contreras.OrderP.docx

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

3. Defense counsel may show to, and discuss with the Defendant the discovery material, including sealed documents;

4. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

6. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to this cause. Any reference to the content of the Protected Discovery shall be filed under seal, until further order of the Court.

7. The parties may seek relief from this Order for good cause shown.

DATED this __26th__ day of February, 2018.

s/Lonny R. Suko
Lonny R. Suko
Senior United States District Judge

Order Granting Motion for Protective Order - 2
Contreras.OrderP.docx